**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01344-CV

## IN RE DAVID D. KIM, M.D., Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-01461-C**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus without prejudice to the filing of a subsequent petition for writ of mandamus upon entry of a written order by the trial court. We **DENY** relator's motion for emergency relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
         JUSTICE